(PC) Erwin v. Hugls et al

Doc. 3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEY RAY ERWIN,

    Plaintiff,               No. CIV S-06-1166 LKK DAD P

    vs.

RICK HUGLS, et al.,

    Defendants.          ORDER

                                          /

           The pro se plaintiff is confined in Coalinga State Hospital pursuant to provisions of the California Welfare and Institutions Code. Plaintiff has filed a civil rights action pursuant to 42 U.S.C. § 1983 concerning the conditions of his confinement in Solano County during civil commitment proceedings in 2003 and again in 2005. Plaintiff has not paid the $350.00 filing fee or submitted an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the fee or file an in forma pauperis application.

           Accordingly, IT IS HEREBY ORDERED that:

           1. Plaintiff shall submit, within thirty days from the date of this order, the $350.00 filing fee or an application to proceed in forma pauperis on the form provided with this order; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to comply with a court order; and

1

1    2. The Clerk of the Court shall provide plaintiff with a copy of the in forma
2 pauperis application to be used by a non-prisoner.
3 DATED: June 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
erwi1166.3np