IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOEY RAY ERWIN,

      Plaintiff,                      No. CIV S-06-1166 LKK DAD P

    vs.

RICK HUGLS, et al.,

      Defendants.           ORDER

_____/

        Plaintiff, a pro se litigant currently confined in Coalinga State Hospital, has requested that this action be dismissed without prejudice. Defendants have filed a statement of non-opposition. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: June 15, 2007.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:9
erwi1166.59